UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| KELLY M. RAMSEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:17-CV-86-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 23]. In sum, plaintiff's motion for judgment on the pleadings [D.E. 16] is DENIED, defendant's motion for judgment on the pleadings [D.E. 19] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on April 12, 2018, and Copies To:**
Vaughn Stephen Clauson                    (via CM/ECF electronic notification)
Keeya M. Jeffrey                               (via CM/ECF electronic notification)

DATE:                                              PETER A. MOORE, JR., CLERK
April 12, 2018                                   (By) /s/ Nicole Briggeman
                                                     Deputy Clerk